FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 28 2025

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW AJUNTAS GRAVES | Criminal Indictment<br><br>No. 1:25CR- 33 |

THE GRAND JURY CHARGES THAT:

**Count One**
**Enticement of a Minor**
**(18 U.S.C. § Section 2422(b))**

Beginning on or about August 10, 2024, and continuing until on or about August 18, 2024, in the Northern District of Georgia and elsewhere, the defendant, ANDREW AJUNTAS GRAVES, aided and abetted by a person unknown to the Grand Jury, using a facility and means of interstate and foreign commerce, that is, a cellular telephone connected to the Internet, did knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce an individual who had not yet attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, that is, the production of visual depictions of minors engaging in sexually explicit conduct (18 U.S.C. § 2251(a)), all in violation of Title 18, United States Code, Section 2422(b) and Section 2.

## Count Two
**Receipt of Visual Depiction of Minor Engaged in Sexually Explicit Conduct**
**(18 U.S.C. §§ 2252(a)(2) and (b)(1))**

On or about August 18, 2024, in the Northern District of Georgia, the defendant, ANDREW AJUNTAS GRAVES, did knowingly receive at least one visual depiction of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), using any means and facility of interstate and foreign commerce, including by computer, said depictions having been (a) produced using minors engaging in sexually explicit conduct, and (b) shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## Count Three
**Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct**
**(18 U.S.C. §§ 2252(a)(4)(B) and (b)(2))**

On or about August 26, 2024, in the Northern District of Georgia, the defendant, ANDREW AJUNTAS GRAVES, did knowingly possess a cellular telephone, which contained at least one visual depiction of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), said depiction (a) having been produced using a minor engaging in sexually explicit conduct, (b) involving at least one prepubescent minor and at least one minor who had not attained 12 years of age, and (c) having been shipped and transported in and affecting interstate and foreign commerce by any

means, including by computer, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

## Forfeiture

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, ANDREW AJUNTAS GRAVES, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428(a) and Title 28, United States Code, Section 2461(c), any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of such violation, including, but not limited to the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count One of this Indictment.

Upon conviction of one or more of the offenses alleged in Counts Two through Three of this Indictment, the defendant, ANDREW AJUNTAS GRAVES, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253:

> a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts Two through Three of this Indictment.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2428(b)(2), Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A _____/s/_____ BILL
_____/s/_____
FOREPERSON

RICHARD S. MOULTRIE, JR.
*Acting United States Attorney*

*Leanne M. Marek*

LEANNE M. MAREK
*Assistant United States Attorney*
Georgia Bar No. 270935

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

5